# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RONNIE L. GROSS, | |
| Plaintiff, | Case No. 1:21-cv-01689 |
| v. | Judge John F. Kness |
| INTEGRA CREDIT, | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RONNIE L. GROSS, and the Defendant, DEINDE FINANCIAL, LLC, named as "INTEGRA CREDIT," through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 7, 2021

Respectfully Submitted,

RONNIE L. GROSS

DEINDE FINANCIAL, LLC, named as INTEGRA CREDIT.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

*/s/ Jeffrey D. Pilgrim*
Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS, LLP.
321 North Clark Street, 26th floor
Chicago, IL 60654
Telephone: (312) 939-0923
Fax: (312) 939-0983
Email: jpilgrim@pilgrimchristakis.com